IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLYDE MOFFETT, AIS # 107666,** | : |
| **Plaintiff,** | : |
| **vs.** | :   **CIVIL ACTION 05-0122-CG-C** |
| **VADER AL PENNINGTON,** | : |
| **Defendant.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** and **ORDERED** this 17th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE